CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

**FEB 0 7 2013**

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **GARY HENSON,** | ) | **CASE NO. 7:13CV00002** |
| | ) | |
| **Petitioner,** | ) | |
| **v.** | ) | **FINAL ORDER** |
| | ) | |
| | ) | |
| **WARDEN OF THE WALLENS RIDGE** | ) | |
| **STATE PRISON,** | ) | **By:  James C. Turk** |
| | ) | **Senior United States District Judge** |
| **Respondent.** | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

### ADJUDGED AND ORDERED

that this petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED** as

untimely filed, and this action is stricken from the active docket of the court.

Further, finding that petitioner has failed to make a substantial showing of the denial of a

constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is

**DENIED**.

**ENTER**:  This 7th day of February, 2013.

_James C. Turk_
Senior United States District Judge