CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 0 7 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| GARY HENSON, | ) | CASE NO. 7:13CV00002 |
| | ) | |
| Petitioner, | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| WARDEN OF THE WALLENS RIDGE | ) | |
| STATE PRISON, | ) | By: James C. Turk |
| | ) | Senior United States District Judge |
| Respondent. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED** as untimely filed, and this action is stricken from the active docket of the court.

Further, finding that petitioner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

ENTER: This 7th day of February, 2013.

/s/ James C. Turk
Senior United States District Judge